IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 8:12CR311 |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | ORDER TO RESTRICT |
| JESSE W. RINAKER, | ) | |
| Defendant. | ) | Judge Bataillon |

This matter is before the Court on the Defendant's motion to restrict access to unredacted documents. The motion will be granted.

IT IS SO ORDERED:

1. The Defendant's motion to restrict access to unredacted documents is granted.

2. The Clerk's Office shall scan and upload the documents to the System and restrict its access to the Court and counsel of record pursuant to the E-Government Act.

DATED this 30th day of September, 2013.

BY THE COURT:

*s/ Joseph F. Bataillon*
United States District Judge